UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ELLIS,

                              Plaintiff,

                    -against-

KYOUNG KIM, et al.

                              Defendants.

**ORDER**

23-CV-05309 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 23, 2025, the parties filed a proposed Civil Case Discovery Plan and Scheduling Order that indicates that all parties consent to conducting all further proceedings before a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). In the event the parties do in fact consent to conducting further proceedings before the assigned Magistrate Judge, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) using the ECF Filing Event "Proposed Consent to Jurisdiction by US Magistrate Judge" by 5:00 p.m. on February 3, 2025. In the event the parties do not so consent, they shall revise the proposed order and re-file the corrected document by 5:00 p.m. on February 4, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   White Plains, New York
         January 30, 2025

PHILIP M. HALPERN
United States District Judge