UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

ERICK ELLIS, pro se,

        Plaintiff,

   -against-

LEWIS BOYD, Jr.,

        Defendant.

——————————————————————

NOTICE OF MOTION TO COMPEL DISCOVERY & ISSUE APPROPRIATE RELIEF

> Defendant is directed to respond to Plaintiff's motion to compel (Docs. 56-57) by April 11, 2025.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       April 4, 2025

PLEASE TAKE NOTICE THAT hereby moves this District Court York, on the 7th day of May, 2025 Compelling Discovery and An Order to Federal Rule of Civil Procedur failing to comply with Discovery Demands, along with all other relief as just and proper.

CC: FILE
    USDC/SDNY, (PMH)
    NYSAG Office, Barbanes, Esq.

Respectfully Submitted,

Mr. ERICK ELLIS

Plaintiff, Pro Se

Green Haven Correction Facility
594 Route #216, Box #4000
Stormville, New York 12582

Din #99-A-2760



RECEIVED
APR 03 2025
CHAMBERS OF
PHILIP M. HALPERN
U.S.D.J.