UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ERICK ELLIS,

                Plaintiff,

v.

KYOUNG KIM, et al.,

                Defendants.
----------------------------------------------------------X

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED INDIVIDUAL**

23-CV-05309 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition Plaintiff Erick Ellis, DIN 99A2760, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

    Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: White Plains, New York
       May 9, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge