UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ELLIS, E.,

      Plaintiff Pro se,

-against-

BOYD, L.,

      Defendant.

----------------------------------------

NOTICE OF MOTION FOR PHYSICAL

> Defendant is directed to respond to Plaintiff's "Motion for Physical Examination" (Docs. 75-76) by May 22, 2025.
>
> SO ORDERED
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 15, 2025

PLEASE TAKE NOTICE that [I will] move this District Court on the [...] the Honorable PHILIP M. HALPERN [for an Order for] Physical Health of Plaintiff pursuant to Rule 35 subd. 2 (A-B) of the Federal Rules of Civil Procedure, that such Order be granted upon the foregoing annexed documents, arguments, including and not limited to Rule 1 of the Federal Rules of Civil Procedure, along with all other relief as just and proper.

Dated: 5th, MAY, 2025
County of Dutchess, NYS

Respectfully Submitted,

MR. ERICK ELLIS

Din #99-A-2760
Green Haven Corr. Fac.
594 Route #216
Box #4000
Stormville, NY 12582

CC: FILE
    USDC/SDNY (PMH)
    Atty. Gen. Office

SWORN TO BEFORE ME THIS 5th
DAY OF MAY, 2025
ERICK ELLIS DID PERSONALLY
APPEAR BEFORE

NOTARY PUBLIC SERVICE

MAGNUS MAHAKWE AKUDIKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AK0021646
Qualified in Bronx County
Commission Expires February 29, 2028



RECEIVED MAY 13 2025 U.S.D.C. W.P.

Erick Ellis #99A2760
GHCF
594
Stormville, NY 12582

Federal Court (SDNY)
300 Quarropas St.
White Plains, NY 10601
Attn: Chief Court Clerk

LEGAL MAIL

RECEIVED MAY 13 2025 U.S.D.C. W.P.

NEOPOST 05/07/2025 US POSTAGE $002.59 FIRST-CLASS MAIL IMI ZIP 12582 041M11466608

