UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

ELLIS, E.,

    Plaintiff Pro se,

-against-

BOYD, L.,

    Defendant.

NOTICE OF MOTION FOR PHYSICAL EXAMINATION OF PLAINTIFF

Rule #35 (2)(A-B)

Case #23-cv-05309 (PMH)

---

> Plaintiff's application for an order directing a physical examination of himself pursuant to Federal Rule of Civil Procedure 35 is denied. "Rule 35 does not . . . authorize a party to file a motion for his own physical examination." *Crichlow v. Fischer*, No. 15-CV-06252, 2017 WL 920753, at *9 (W.D.N.Y. Mar. 7, 2017) (quotation marks omitted); *accord Boland v. Wilkins*, No. 18-CV-01958, , at *3 (D. Conn. May 25, 2021).
>
> The Clerk of Court is respectfully requested to terminate the pending motion sequence at Doc. 75 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 27, 2025

---

Plaintiff move this Dist[rict]
the Honorable [Judge]
Physical Health
Federal Rules
foregoing anne[x]
Rule 1 of the [Federal Rules]
relief as just

Dated: 5th M[ay]
County of D[utchess]

CC: FILE
    USDC/SDNY (PMH)
    Atty. Gen. Office

Din #99-A-2760
Green Haven Corr. Fac.
594 Route #216
Box #4000
Stormville, NY 12582

SWORN TO BEFORE ME THIS 5th
DAY OF May, 2025
ERICK ELLIS DID PERSONALLY
APPEAR BEFORE

_____
NOTARY PUBLIC SERVICE

MAGNUS MAHAKWE AKUDIKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AK0021646
Qualified in Bronx County
Commission Expires February 29, 2028



RECEIVED
MAY 13 2025
U.S.D.C.
W.P.