UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

ERICK ELLIS,

        Plaintiff pro se,

-against-

DR. KIM, et al.,

        Defendants.

---------------------------------------X

NOTICE OF MOTION FOR ORDER
TO COMPEL DISCOVERY OF
MATERIALLY RELEVANT
WITNESSES OR EMPLOYEES
PRESENT FOR INCIDENT

Case #23-cv-05309

> Defendant is directed to respond to Plaintiff's motion to compel (Docs. 80-81) by June 4, 2025.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 28, 2025

PLEASE TAKE NOTICE, that the above this District Court. forenoon at the United [States District Court] of New York, for an [order] and/or Employees Pre[sent] pursuant to Rule 26, [Federal Rules of Civil] Procedure. That such [motion further orders] the pro se status of [plaintiff be considered by] the District Court, including and not limited to the relevancy of sanctions against defendants counsel for acts or inactions appearing to impede "good faith" based discovery demands, along with all other relief as just and proper.

CC: FILE



Mr. ERICK ELLIS, #99-A-2760
Green Haven Correction Facility

RECEIVED MAY 22 2025 PRO SE OFFICE