UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> The Court will hold a telephonic conference concerning Plaintiff's motion to compel (Docs. 80-81) on June 24, 2025 at 11:30 a.m.
>
> At the time of the conference, the parties shall call the following number: (855) 244-8681; access code 2317 236 5283.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 6, 2025

this District Court on the 22nd of May, 2025, at 9:00 a.m. in the forenoon at the United States District Court For the Southern District of New York, for an Order Compelling Discovery of Material Witnesses and/or Employees Present for the Incident of April 29th, 2021, pursuant to Rule 26, 34, and 37 of the Federal Rules of Civil Procedure. That such Order of the District Court accepts and considers the pro se status of the plaintiff, the discovery schedule outlined by the District Court, including and not limited to the relevancy of sanctions against defendants counsel for acts or inactions appearing to impede "good faith" based discovery demands, along with all other relief as just and proper.

CC: FILE

Mr. ERICK ELLIS, #99-A-2760

Green Haven Correction Facility

