UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ERICK ELLIS,

        Plaintiff pro se,

NOTICE OF MOTION FOR ORDER
TO COMPEL DISCOVERY OF

> Plaintiff's motion to compel (Doc. 80) is denied as improper under the Court's Individual Practices, the Local Rules of the Southern District of New York, and the Federal Rules of Civil Procedure.
>
> The telephonic discovery conference scheduled for June 24, 2025 is canceled.
>
> The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 80 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 23, 2025

and/or Employees Present for the Incident of April 29th, 2021, pursuant to Rule 26, 34, and 37 of the Federal Rules of Civil Procedure. That such Order of the District Court accepts and considers the pro se status of the plaintiff, the discovery schedule outlined by the District Court, including and not limited to the relevancy of sanctions against defendants counsel for acts or inactions appearing to impede "good faith" based discovery demands, along with all other relief as just and proper.

CC: FILE



Mr. ERICK ELLIS, #99-A-2760

Green Haven Correction Facility

RECEIVED MAY 22 2025 PRO SE OFFICE