UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ELLIS,

                Plaintiff,

      -against-

DOCTOR KIM, et al.,

                Defendants.

**ORDER**

23-CV-05309 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A Case Management Conference was scheduled for October 14, 2025 at 11:30 a.m. (Doc. 113). On October 14, 2025, defense counsel advised the Court that Plaintiff's facility could not produce him for the conference.

    Discovery in this matter ended on July 21, 2025. (Doc. 39). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on August 21, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on August 21, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to November 15, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by November 15, 2025. The Case Management Conference is adjourned to December 22, 2025 at 10:00 a.m.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
       October 14, 2025

                                         _____
                                         Hon. Philip M. Halpern
                                         United States District Judge