UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ELLIS,

                    Plaintiff,                          **ORDER**

          -against-                                 23-CV-05309 (PMH)

DOCTOR KIM et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On October 10, 2025, Plaintiff filed two letters seeking leave to serve additional interrogatories on Defendant Boyd. (Docs. 116, 117). Plaintiffs' requests are DENIED. All discovery in this matter ended on July 21, 2025. (*See* Doc. 114). On October 14, 2025, the Court directed the parties to file a joint pretrial order by November 15, 2025. (*Id.*). Accordingly, the time for the parties to serve interrogatories has passed.

SO ORDERED.

Dated: White Plains, New York
       October 21, 2025

                                    _____
                                    Philip M. Halpern
                                    United States District Judge

1