UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ELLIS,

Plaintiff,

-against-

DOCTOR KIM, et al.,

Defendants.

**SCHEDULING ORDER**

23-CV-05309 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Case Management Conference scheduled for January 6, 2026 at 12:00 p.m. is adjourned *sine die*.

**SO ORDERED.**

Dated:    White Plains, New York
          December 18, 2025

_____
PHILIP M. HALPERN
United States District Judge