UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ELLIS,

                Plaintiff,

       -against-

DOCTOR KIM, et al.,

                Defendants.

**ORDER**

23-CV-05309 (PMH)

PHILIP M. HALPERN, United States District Judge:

A telephonic status conference has been scheduled for April 22, 2026 at 11:00 a.m. At the time of the conference, all parties shall call the following number: 855-244-8681; access code 2317 236 5283.

                **SO ORDERED.**

Dated:    White Plains, New York
          March 25, 2026

_____

PHILIP M. HALPERN
United States District Judge