UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK ELLIS,<br><br>             Plaintiff,<br><br>     -against-<br><br>CORRECTION OFFICER L. BOYD,<br><br>            Defendant. | **ORDER**<br><br>23-CV-05309 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court will hold an in-person pre-trial conference on **Wednesday, July 8, 2026 at 10:00 a.m.** Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains Courthouse, located at 300 Quarropas Street, White Plains, NY 10601.

**SO ORDERED.**

Dated:   White Plains, New York
          June 23, 2026

HON. PHILIP M. HALPERN
United States District Judge