

**NIXON PEABODY**

Application granted. The pre-trial conference scheduled for July 8, 2026 is adjourned to July 14, 2026 at 2:30 p.m. to be held in Courtroom 520 of the White Plains Courthouse located at 300 Quarropas Street, White Plains, New York 10601.

The parties are also notified that this case will proceed to trial on August 3, 2026. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains Courthouse. The parties are directed to immediately notify the Court if they have reached a settlement.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 148.

**Sent via ECF**

June 24, 2026

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Charles L. Brieant Jr. Federal Building and C... SO ORDERED.
300 Quarropas Street, Room 530
White Plains, New York 10601

Philip M. Halpern
United States District Judge

Re:    *Ellis v. Kim, et al.*
       Case No. 7:23-cv-05309 (PMH)

Dated:  White Plains, New York
        June 25, 2026

Dear Judge Halpern:

I represent Plaintiff Erick Ellis, pro bono, in the above-referenced action. I write to respectfully request a brief adjournment of the in-person Pre-Trial Conference currently scheduled for July 8, 2026 at 10:00 a.m. This is the first request to adjourn this conference. The adjournment is necessary due to undersigned counsel's unavailability, as I will be traveling out of state on that date and unable to attend the conference in person. The requested adjournment will not affect any other scheduled dates in this matter.

I have conferred with opposing counsel, Assistant Attorney General Elizabeth Barbanes, and she has advised that she does not object to this request.

Additionally, we have identified the following dates that both parties' counsel are available for the Pre-Trial Conference, subject to the Court's availability:

- July 14, 2026
- July 15, 2026
- July 16, 2026

Thank you for the Court's attention to this matter.

Respectfully submitted,

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

Paul Downs
Partner

Cc: Elizabeth Barbanes, Assistant Attorney General via ECF